IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-22679

SPIN SCREEN, INC.,

   *Plaintiff*,

v.

IGNIS PIXEL LLC,

   *Defendant*.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Shea N. Palavan of the law firm of houstonip, 5353 West Alabama Street, Suite 303, Houston, Texas 77056, Telephone: (832) 800-4133, for purposes of appearance as co-counsel on behalf of Plaintiff, Spin Screen, Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Shea N. Palavan to receive electronic filings in this case, and in support thereof states as follows:

   1.    Shea N. Palavan is not admitted to practice in the Southern District of Florida and is a member in good standing of the following State and Federal Courts:

        a. Texas State Courts;
        b. California State Courts;
        c. Washington State Courts;
        d. New York State Courts;
        e. Federal District Court for the Eastern, Northern, Western, and Southern Districts of Texas;
        f. Federal District Court for the Northern, Central, Eastern, and Southern Districts

    of California; and

   g. Federal Court of Appeals for the Fifth and Federal Circuits.

2. Movant, Sugouri S. Batra, Esquire, of the law firm of houstonip, 5353 West Alabama Street, Suite 303, Houston, Texas 77056, Telephone: (832) 800-4133, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF ADMINISTRATIVE PROCEDURES.

3. In accordance with the local rules of this Court, Shea N. Palavan has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Shea N. Palavan, by and through designated counsel and pursuant to Section 2B CM/ECF ADMINISTRATIVE PROCEDURES, hereby requests the Court to provide Notice of Electronic Filings to Shea N. Palavan at email address: shea@houstonip.com.

WHEREFORE, Sugouri S. Batra, moves this Court to enter an Order Shea N. Palavan, to appear before this Court on behalf of Plaintiff, Spin Screen, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Shea N. Palavan.

Dated: July 19, 2023        Respectfully submitted,

                **houstonip**

P a g e **3** | 3

*/s/ Sugouri S. Batra*
Sugouri S. Batra (Bar No. 1000426)
  sugouri@houstonip.com
Shea N. Palavan (*pro hac vice*)
  shea@houstonip.com
5353 West Alabama Street, Suite 303
Houston, Texas 77056
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (832) 800-4133
Facsimile: (855) PALAVAN (725-2826)

*Attorneys for Plaintiff,*
*Spin Screen, Inc.*
