United States District Court
for the
Southern District of Florida

Spin Screen, Inc., Plaintiff,       )
                                    )
v.                              )   Civil Action No. 23-22679-Civ-Scola
                                    )
Ignis Pixel LLC, Defendant.       )

### Notice of Upcoming Deadline to Serve
### under Federal Rule of Civil Procedure 4(m)

A plaintiff must serve the defendant with a summons and a copy of the complaint within ninety days after filing the complaint. Fed. R. Civ. P. 4(c)(1) & 4(m). In this case, the Plaintiff filed her complaint on July 18, 2023, and service is required by **October 16, 2023**. From a review of the record, it does not appear that the Plaintiff has served the Defendant Ignis Pixel LLC. *See* Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court."). "If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant." Fed. R. Civ. P. 4(m).

The Plaintiff is notified, in keeping with Rule 4(m), that the Court will dismiss this case without prejudice unless the Plaintiff timely serves the Defendant by **October 16, 2023**, or establishes with the Court—before this deadline—that good cause exists for the failure.

**Done and ordered** in Miami, Florida, on September 21, 2023

_____
Robert N. Scola, Jr.
United States District Judge