United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Spin Screen, Inc., Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-22679-Civ-Scola |
| | ) | |
| Ignis Pixel LLC, Defendant. | ) | |

### Order of Dismissal

    The Plaintiff failed to timely serve the Defendant in this case. The Plaintiff filed the complaint on July 18, 2023 and was responsible for serving the Defendant with a summons and complaint by October 16, 2023. Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(m). Previously, the Court notified the Plaintiff, in keeping with Rule 4(m), that the Court would dismiss this case without prejudice unless the Plaintiff established that it served the Defendant timely or that good cause existed for the failure to timely serve the Defendant. (ECF No. 10.) The Plaintiff did neither.

    Consequently, the Court **dismisses** this action without prejudice, and directs the Clerk of the Court to **close** the case.

    **Done and ordered** in Miami, Florida, on October 18, 2023.

_____
Robert N. Scola, Jr.
United States District Judge